EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535
edgarcia@braggkuluva.com

Attorneys for Defendant,
AVT Event Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ALLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>AVT EVENT TECHNOLOGIES, INC., A TEXAS CORPORATION; HYATT REGENCY, AN UNKNOWN ENTITY; AND DOES 1-20,INCLUSIVE,<br><br>    Defendants. | CASE NO. 3:13-CV-01922  MMC<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to a mediation (ADR L.R. 6).

The parties agree to hold the ADR session within 150 days from the date of the order referring the case to an ADR process.

Dated: June 26, 2013                    BRAGG & KULUVA

                                        By: /S/_____
                                            EDWARD GARCIA
                                            Attorney for Defendant
                                            AVT Event Technologies, Inc.

| | |
|---|---|
| Dated: June 26, 2013 | FOLGER LEVIN LLP |
| | By: /S/_____<br>SUSAN ANSBERRY<br>Attorney for Defendant<br>Hyatt Corporation |
| Dated: June 26, 2013 | LAW OFFICES OF DREW F. TETI |
| | By: /S/_____<br>DREW F. TETI<br>Attorney for Plaintiff<br>Rodney Allen |
| Dated: June 26, 2013 | LAW OFFICES OF DUSTIN L. COLLIER |
| | By: /S/_____<br>DUSTIN L. COLLIER<br>Attorney for Plaintiff<br>Rodney Allen |

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** with the exception that the mediation must be held within 90 days, good cause for the additional 60 days not having been shown. See ADR L.R. 6-4(b).

DATED: June 28, 2013         _____
                             MAXINE M. CHESNEY
                             United States District Judge