EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535
edgarcia@braggkuluva.com

Attorneys for Defendant,
AVT Event Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ALLEN,<br><br>  Plaintiff,<br><br>  vs.<br><br>AVT EVENT TECHNOLOGIES, INC., A TEXAS CORPORATION; HYATT REGENCY, AN UNKNOWN ENTITY; AND DOES 1-20,INCLUSIVE,<br><br>  Defendants. | CASE NO. 3:13-CV-01922  MMC<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to a mediation (ADR L.R. 6).

The parties agree to hold the ADR session within 150 days from the date of the order referring the case to an ADR process.

Dated: June 26, 2013                              BRAGG & KULUVA

                                                            By: /S/_____
                                                                    EDWARD GARCIA
                                                                    Attorney for Defendant
                                                                    AVT Event Technologies, Inc.

Dated: June 26, 2013							FOLGER LEVIN LLP

									By: /S/_____
									    SUSAN ANSBERRY
									    Attorney for Defendant
									    Hyatt Corporation

Dated: June 26, 2013							LAW OFFICES OF DREW F. TETI

									By: /S/_____
									    DREW F. TETI
									    Attorney for Plaintiff
									    Rodney Allen

Dated: June 26, 2013							LAW OFFICES OF DUSTIN L. COLLIER

									By: /S/_____
									    DUSTIN L. COLLIER
									    Attorney for Plaintiff
									    Rodney Allen

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** with the exception that the mediation must be held within 90 days, good cause for the additional 60 days not having been shown. See ADR L.R. 6-4(b).

DATED: June 28, 2013				_____
								MAXINE M. CHESNEY
								United States District Judge