EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535
edgarcia@braggkuluva.com

Attorneys for Defendant,
AVT Event Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ALLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>AVT EVENT TECHNOLOGIES, INC., A TEXAS CORPORATION; HYATT REGENCY, AN UNKNOWN ENTITY; AND DOES 1-20,INCLUSIVE,<br><br>    Defendants. | CASE NO. 3:13-CV-01922  MMC<br><br>**PLAINTIFF AND DEFENDANTS' JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff Rodney Allen, Defendant AVT Event Technologies, Inc. and Defendant Hyatt Corporation d/b/a Hyatt Regency San Francisco, through their respective counsel of record, that the above-captioned action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party will bear its own attorneys' fees and costs of suit.

DATED: October 15, 2013               LAW OFFICES OF DREW F. TETI

                                                          By: */s/ Drew Teti*
                                                               DREW F. TETI
                                                               Attorney for Plaintiff
                                                               RODNEY ALLEN

DATED: October 15, 2013		BRAGG & KULUVA


			By: */s/ Edward Garcia*
			EDWARD GARCIA
			Attorney for Defendant
			AVT EVENT TECHNOLOGIES, INC.


DATED: October 15, 2013		FOLGER LEVIN LLP


			By: */s/ Susan Ansberry*
			SUSAN ANSBERRY
			Attorney for Defendant
			HYATT CORPORATION d/b/a
			HYATT REGENCY SAN FRANCISCO


## **ORDER**

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety, with prejudice, each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED:


DATED:  October 21, 2013			_____
					MAXINE M. CHESNEY
					United States District Court Judge